**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mitchell Kent JACKSON, Defendant–Appellant.**

**No. 09–15831**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 2, 2011.

Robert A. Ratliff, Robert A. Ratliff, P.C., Mobile, AL, for Defendant–Appellant.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before EDMONDSON, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Mitchell Kent Jackson, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jackson's convictions and sentences are **AFFIRMED.**